**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frank Joseph Hebda II            CHAPTER 7
       Andrea Maureen Hebda
            Debtor(s)            BKY. NO. 23-21190 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of LAND HOME FINANCIAL SERVICES, INC. and index same on the master mailing list.

       Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
13 Jun 2023, 05:14:17, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com