Certificate Number: 16339-PAW-DE-037554489

Bankruptcy Case Number: 23-21190



16339-PAW-DE-037554489

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2023, at 12:10 o'clock PM EDT, Frank Hebda completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 30, 2023

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor